UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JUDICIAL WATCH,

    *Plaintiff*,

v.      Civil Action No. 24-3109 (TNM)

U.S. DEPARTMENT OF JUSTICE,

    *Defendant*.

## ANSWER

Defendant Department of Justice (the "Department" or "Defendant"), by and through the undersigned counsel, respectfully submits this Answer to the Complaint filed by Plaintiff Judicial Watch in this action under the Freedom of Information Act, 5 U.S.C. § 552 ("FOIA").

## FIRST DEFENSE

Plaintiff is not entitled to compel the production of any record or portion of any record protected from disclosure by one or more of the exclusions or exemptions to the FOIA or the Privacy Act, 5 U.S.C. § 552a.

## SECOND DEFENSE

This Court lacks subject matter jurisdiction over any of Plaintiff's requests for relief that exceed the relief authorized by FOIA.

## THIRD DEFENSE

The request is not a valid request because it fails to reasonably describe the records sought and would be unduly burdensome to process.

## FOURTH DEFENSE

Plaintiff is not entitled to recover attorneys' fees or costs.

## RESPONSES TO NUMBERED PARAGRAPHS

The unnumbered paragraph describes the nature of this action and the relief sought o which no response is required. To the extent any response is required, Defendant admits that Plaintiff purports to bring this action under FOIA and denies that Plaintiff is entitled to the requested relief.

## JURISDICTION AND VENUE[1]

1. This paragraph consists of legal conclusions regarding jurisdiction to which no response is required. To the extent a response is required, Defendant admits that this Court has subject matter jurisdiction subject to the terms and limitations of the FOIA.

2. This paragraph consists of legal conclusions regarding venue to which no response is required. To the extent a response is required, Defendant admits that venue is proper in this judicial district for actions brought under FOIA.

## PARTIES

3. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph.

4. Defendant admits that the Department is an agency within the meaning of FOIA. The remainder of this paragraph asserts conclusions of law to which no response is required.

## STATEMENT OF FACTS

5. Defendant admits that Plaintiff submitted a FOIA request dated September 24, 2024. In response to the remaining allegations in this paragraph, Defendant refers the Court to the

---

[1] For ease of reference only, Defendant's Answer replicates the headings and titles contained in the Complaint, but to the extent those headings and titles could be construed to contain factual allegations, those allegations are denied.

request for a complete and accurate statement of its content and denies any allegations inconsistent with the content of that request.

6. Defendant admits that it acknowledged receipt of Plaintiff's request by letter dated October 9, 2024 letter and refers the Court to that letter for a complete and accurate statement of its content. Defendant denies the allegations in this paragraph to the extent inconsistent with the content of that letter.

7. Defendant admits that, as of the filing date of this action, it has not provided a further response to the request.

8. Defendant admits that, as of the filing date of this action, it has not produced documents, made a final determination with respect to the request, or notified the requester of any administrative appeal rights, but denies any violation of FOIA by its failure to do so.

## COUNT I

9. Defendant incorporates by reference its responses to the above paragraphs.

10. This paragraph asserts conclusions of law to which no response is required. To the extent any response is required, the allegations are denied.

11. This paragraph asserts conclusions of law to which no response is required. To the extent any response is required, the allegations are denied.

12. This paragraph asserts conclusions of law to which no response is required.

13. This paragraph asserts conclusions of law to which no response is required.

## RELIEF REQUESTED

The remainder of the Complaint asserts Plaintiff's request for relief to which no response is required. To the extent that a response is required, Defendant denies that Plaintiff is entitled to the relief requested. Pursuant to Rule 8(b) of the Federal Rules of Civil Procedure, Defendant asserts a general denial as to those allegations contained in the Complaint that are not

specifically admitted herein.

Respectfully submitted,

MATTHEW M. GRAVES, D.C. BAR #481052
United States Attorney

BRIAN P. HUDAK
Chief, Civil Division

By: /s/ Jeremy S. Simon
JEREMY S. SIMON, D.C. BAR #447956
Assistant United States Attorney
United States Attorney's Office
601 D. Street, N.W.
Washington, D.C. 20530
(202) 252-2528
Jeremy.simon@usdoj.gov

*Counsel for United States of America*