UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JUDICIAL WATCH, *Plaintiff*, v. U.S. DEPARTMENT OF JUSTICE, *Defendant*. | Civil Action No. 24-3109 (TNM) |

**JOINT STATUS REPORT**

Pursuant to the Court's order dated December 13, 2024, Plaintiff Judicial Watch and Defendant U.S. Department of Justice (the "Department"), by and through undersigned counsel, report to the Court as follows.

1. This action was filed on November 1, 2024 and involves a Freedom of Information Act ("FOIA") request dated September 24, 2024, as described in the Complaint. Compl. (ECF No. 1) ¶ 5.

2. The Department answered the complaint on December 13, 2024.

3. The Department reports as follows as to the items referenced in the Court's December 13, 2024, order:

    a. <u>Status of Processing</u>: The Department responded to the request by letter dated January 10, 2025, informing Plaintiff that its search had not identified any responsive records.

    b. *Open America* Stay: At this time, the Department does not anticipate that a motion for an *Open America* stay is likely but reserves the right to file such a motion if it determines that one is necessary.

c.  <u>Summary Judgment Briefing/*Vaughn* Index</u>:  Once Plaintiff has reviewed the Department's response, the Department anticipates that the parties will confer in an attempt to resolve any outstanding issues.  In the event the parties are unable to reach a resolution, the Department anticipates that a motion for summary judgment will be necessary but believes that it would be premature to set a summary judgment schedule at this time.  In the event of a motion for summary judgment is necessary, the Department anticipates supporting that motion with a declaration addressing its search rather than a *Vaughn* index.

4. Based on the above, the parties propose that the Court defer setting a summary judgment briefing schedule at this time and that the parties provide a further status report by February 27, 2025.

Respectfully submitted,

*/s/ Michael Bekesha*
Michael Bekesha
JUDICIAL WATCH, INC.
425 Third Street, SW
Suite 800
Washington, DC 20024
(202) 646-5172
Fax: (202) 646-5199
Email: mbekesha@judicialwatch.org

*Counsel for Plaintiff*

AND

MATTHEW M. GRAVES, D.C. BAR#481052
United States Attorney

BRIAN P. HUDAK
Chief, Civil Division

By:   */s/ Jeremy S. Simon*
JEREMY S. SIMON, D.C. BAR #447956
Assistant United States Attorney
601 D. Street, N.W.

Washington, D.C. 20530
(202) 252-2528
Jeremy.simon@usdoj.gov

*Counsel for Defendant*