UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JUDICIAL WATCH,<br><br>    *Plaintiff*,<br><br>v.<br><br>U.S. DEPARTMENT OF JUSTICE,<br><br>    *Defendant*. | Civil Action No. 24-3109 (TNM) |

**JOINT STATUS REPORT**

Pursuant to the Court's order dated January 13, 2025, Plaintiff Judicial Watch and Defendant U.S. Department of Justice (the "Department"), by and through undersigned counsel, report to the Court as follows.

1. This action was filed on November 1, 2024 and involves a Freedom of Information Act ("FOIA") request dated September 24, 2024, as described in the Complaint. Compl. (ECF No. 1) ¶ 5.

2. As stated in the last status report, the Department responded to the request by letter dated January 10, 2025, informing Plaintiff that its search had not identified any responsive records. Since the filing of the last status report, Plaintiff asked whether the Department would be willing to provide a draft search declaration to assist Plaintiff in determining whether any outstanding issues remain. The Department expects to be in a position to provide a description of its search to Plaintiff (which may be in the form of a draft declaration but also may be in another format) within the next thirty days.

3. Based on the above, the parties propose that the Court defer setting a summary judgment briefing schedule at this time and that the parties provide a further status report by April 9, 2025.

Respectfully submitted,

*/s/ Michael Bekesha*
Michael Bekesha
JUDICIAL WATCH, INC.
425 Third Street, SW
Suite 800
Washington, DC 20024
(202) 646-5172
Fax: (202) 646-5199
Email: mbekesha@judicialwatch.org

*Counsel for Plaintiff*

AND

EDWARD R. MARTIN, JR., D.C. Bar #481866
United States Attorney

BRIAN P. HUDAK
Chief, Civil Division

By: ___*/s/ Jeremy S. Simon*___
JEREMY S. SIMON, D.C. BAR #447956
Assistant United States Attorney
601 D. Street, N.W.
Washington, D.C. 20530
(202) 252-2528
Jeremy.simon@usdoj.gov

*Counsel for Defendant*